**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6641

NAFIS AKEEM-ALIM ABDULLAH-MALIK, a/k/a Akeem Abdullah Malik,

Plaintiff - Appellant,

v.

MECKLENBURG COUNTY JAIL ADMINISTRATOR; PARKER, Major; EDDIE CATHY, Sheriff; BILL BEAN, Sheriff; DOES; MIKE MILLER, District Attorney; KEVIN TOLSON, Sheriff; LORI FIELDS, Warrant Field Agent; JOHN AND JANE DOES, Unknown Agents,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Martin K. Reidinger, Chief District Judge.  (3:21-cv-00667-MR)

Submitted:  November 30, 2022                          Decided:  February 1, 2023

Before DIAZ and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Nafis Akeem-Alim Abdullah-Malik, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nafis Akeem-Alim Abdullah-Malik appeals the district court's order and judgment dismissing his action without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Abdullah-Malik v. Mecklenburg Cty. Jail Adm'r*, No. 3:21-cv-00667-MR (W.D.N.C. May 5, 2022). We deny Abdullah-Malik's motions for stay and disclosure. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*